UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JACOB Z., ) | |
|     *Plaintiff*, ) | |
| ) | |
| v. ) | C. A. No. 1:21-cv-289-MSM-LDA |
| ) | |
| KILOLO KIJAKAZI, Acting Commissioner, ) | |
| Social Security Administration, ) | |
|     *Defendant*. ) | |

## ORDER

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the government's request to remand this action for further consideration by the ALJ, it is ordered that, upon remand, the ALJ will be instructed to reevaluate the opinion evidence in accordance with the agency's regulations and policies; offer plaintiff the opportunity for a hearing; take further action to complete the administrative record; and issue a new decision.

Thus, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the cause to the Commissioner for further proceedings. The clerk of the Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this ____12th____ day of ____January 2022____.

*/s/ Mary S. McElroy*